IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CRAIG GORDON                                                                                    PLAINTIFF

VS.                                                         CAUSE NO. 3:20-cv-00197-GHD-RP

HOLLY SPRINGS SCHOOL DISTRICT; et al.                                        DEFENDANTS

### ORDER GRANTING INDIVIDUAL DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS AND FOR QUALIFIED IMMUNITY

Pursuant to an opinion entered this date, it is hereby ORDERED that:

(1) the Defendants' motion for Judgment on the Pleadings and for Qualified Immunity [19] is GRANTED;

(2) the Plaintiff's federal claims against Defendants Dr. Irene Walton Turnage, Tanesha Payne Scott, Charisse Harris, Lemon Phelps, Ray Autry, and Sheila Walton, are DISMISSED WITH PREJUDICE;

(3) the Plaintiff's state law claims against Defendants Dr. Irene Walton Turnage, Tanesha Payne Scott, Charisse Harris, Lemon Phelps, Ray Autry, and Sheila Walton, are DISMISSED WITHOUT PREJUDICE and

(4) the Plaintiff's claims against the Defendants Holly Springs School District, Holly Springs Intermediate School, and Holly Springs School District School Board were not the subject of the present motion, and those claims shall PROCEED.

All memoranda, depositions, declarations, and other materials considered by the Court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this, the 27th day of September, 2021.

_____
SENIOR U.S. DISTRICT JUDGE