IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CRAIG GORDON                          PLAINTIFF

V.                                      Civil Action No. 3:20CV197-GHD-RP

HOLLY SPRINGS SCHOOL DISTRICT                 DEFENDANT

## ORDER OF DISMISSAL

**THIS MATTER IS BEFORE THE COURT** on the motion *Ore Tenus* of the parties, being Plaintiff, Craig Gordon, and Defendant, Holly Springs School District, who, by and through counsel, are seeking a full dismissal, with prejudice, of all claims, announcing that all matters and things herein at issue have been resolved, and that this action should be fully and finally dismissed with prejudice.

IT IS HEREBY ORDERED AND AJDUDGED that this cause be and is hereby dismissed with prejudice as to the Defendant, Holly Springs School District, and that the Defendant, Holly Springs School District, is released in all respects with no further liability on any matters relating to this civil action for claims or liens, known or unknown, relating to this lawsuit or the claims giving rise to this action, with each party to bear its own costs.

September 12th 2022

_____
SENIOR U.S. DISTRICT JUDGE

/s/ Jesse M. McRight III
_____
JESSE M. MCRIGHT III (MSB #104518)
Attorney for Craig Gordon

/s/ Lindsey O. Watson
_____
LINDSEY O. WATSON (MSB #10133)
RAY A. YOUNG, JR. (MSB #105851)
Attorneys for Holly Springs School District